

U.S. Department of Justice

*United States Attorney*
*District of Maryland*
*Southern Division*

*Hollis R. Weisman*
*Assistant United States Attorney*
*Hollis.Weisman@usdoj.gov*

*Mailing Address:*
*6500 Cherrywood Lane, Suite 200*
*Greenbelt, MD 20770-1249*

*Office Location:*
*6406 Ivy Lane, 8th Floor*
*Greenbelt, MD 20770-1249*

DIRECT: 301-344-4029
MAIN: 301-344-4433
FAX: 301-344-4516

November 5, 2021

The Hon. Theodore D. Chuang
United States District Judge
6500 Cherrywood Lane
Greenbelt, Maryland 20770

**By ECF**

Re: *United States v. Tervell Ham,* Crim. No. 20-258

Dear Judge Chuang:

    Sentencing in this involuntary manslaughter case is set for November 17, 2021. The government hopes to call three witnesses who are relatives of the two sisters who were killed. The witnesses we expect will be the mother, sister and brother of the victims. The government expects that they will testify about the devastating effect this offense had on their entire family.

    Thank you for your consideration of this matter.

Sincerely,

Erek L. Barron
United States Attorney

Hollis Raphael Weisman
Rajeev Raghavan
Assistant United States Attorneys